1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

SHEREE A. ROBINSON,

10                    Plaintiff,

11        vs.                                    NO.  C07-666RSL

12    MENU FOODS,                                ORDER REMOVING CASE FROM
                                                 ACTIVE CASELOAD
13                    Defendant.

14

15        This Court having stayed the above-entitled action pending the MDL panel's determination

16    whether all actions, including this action should be transferred and coordinated and/or consolidated under

17    28 U.S.C. § 1407 for pretrial proceedings;

18        It is HEREBY ORDERED that this action shall be removed from this Court's active caseload

19    until further application by the parties or order of this Court.  This Court retains full jurisdiction and this

20    Order shall not prejudice any party in this action.

21

22        DATED this 8th day of May, 2007.

23

24

25    _____
      Robert S. Lasnik
26    United States District Judge

27

28    ORDER -1